**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:  DAMON KEITH GRANT         Case No. 14-30344
        CYNTHIA KAY GRANT          Chapter 13
                Debtors

# OMNIBUS MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Jacqueline W. Sharman, Esq. with approval of the debtor, Cynthia Kay Grant, and hereby moves this Court to allow Jacqueline W. Sharman, to be substituted as counsel of record in place of Roger Hurwitz, Esq., current counsel for both debtors.

**Respectfully Submitted,**

/s/ Jacqueline W. Sharman, Esq.
Jacqueline W. Sharman, VSB# 71569
Bowen Ten Cardani, P.C.
A Debt Relief Agency/Counsel for Debtor(s)
3957 Westerre Pkwy Suite 105
Richmond, Virginia 23233
(804) 755-7599 p
(804) 755-7552 f
jsharman@btclawva.com

CERTIFICATE OF SERVICE

I hereby certify that on this day, November 26, 2014, a true and accurate copy of the foregoing Motion to Substitute Counsel was submitted for electronic transmittal to Roger Hurwitz, Esquire (current counsel), the U.S. Trustee, Case Trustee, and interested parties by ECF.

/s/ Jacqueline W. Sharman, Esq.
Jacqueline W. Sharman, Esq. 71569

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  DAMON KEITH GRANT                               Case No. 14-30344
       CYNTHIA KAY GRANT                              Chapter 13
                Debtors

# NOTICE OF OMNIBUS MOTION TO SUBSTITUTE COUNSEL

    Jacqueline W. Sharman, Esquire has filed a Motion to Substitute Counsel.

If you do not want the Court to grant the Motion, then on or before 14 days from the date of the Notice and Motion, you or your attorney must:

    X    File with the Court, at the address shown below, a written response to the Motion and request for a hearing.  Unless a written response is filed and served by the date specified above, the Court may decide that you do not oppose the Motion.  If you mail it early enough so that the Court will receive it on or before the date specified above.

                                    Clerk of Court
                                    United States Bankruptcy Court
                                    701 East Broad Street
                                    Richmond, Virginia 23219

You must also mail a copy to:

                                    Jacqueline W. Sharman
                                    BOWEN TEN CARDANI, P.C.
                                    3957 Westerre Pkwy, 105
                                    Richmond, Virginia 23233

November 26, 2014

                                    /s/ Jacqueline W. Sharman, Esq.
                                    Jacqueline W. Sharman, VSB# 71569
                                    Bowen Ten Cardani, P.C.
                                    A Debt Relief Agency/Counsel for Debtor(s)
                                    3957 Westerre Pkwy Suite 105
                                    Richmond, Virginia 23233
                                    (804) 755-7599 p
                                    (804) 755-7552 f
                                    jsharman@btclawva.com

## CERTIFICATE

      I certify that a true copy of the foregoing Motion, was sent by first class mail or electronic transmission to all necessary parties including the US Trustee at 701 E. Broad Street Richmond, Virginia 23219 and Robert Hyman, Chapter 13 Trustee PO Box 1780 Richmond, Virginia 23219 on November 26, 2014.
.

                                                          /s/ Jacqueline W. Sharman
                                                          Jacqueline W. Sharman, Esq