**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
    Richmond    Division**

In re:  Damon Grant                                )
                                                   )
                                                   )  Case No.    14-30344-KLP    
                                                   )
                                                   )
              Debtor(s)                            )  Chapter    13             
                                                   )
Address       7094 Marie Lane                      )
              Mechanicsville, VA 23111             )
                                                   )
Last four digits of Social Security No(s).:   5083 & 9163   )
                                                   )
                                                   )

# Amended NOTICE OF MOTION

Damon Grant  has filed papers with the court to Substitute Counsel.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before December 17, 2014, you or your attorney must:

X     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

            Clerk of Court
            United States Bankruptcy Court
            701 East Broad Street
            Richmond, VA 23219

You must also mail a copy to:

            America Law Group, Inc.
            8501 Mayland Dr., Ste 106
            Henrico, VA 23294

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐ Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ _____. m. at United States Bankruptcy Court, 701 East Broad Street, Crtrm 5100 Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 12/10/2014

Signature, name, address, and telephone number of person giving notice:
/s/ Richard J. Oulton
Richard J. Oulton, Esq.
America Law Group, Inc.
8501 Mayland Dr., Ste 106
Henrico, VA 23294
VSB No.   23294
Counsel for   Damon Grant

Certificate of Service

I hereby certify that I have this 10th day of December, 2014 mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard James Oulton
Richard James Oulton, Esq.

# Creditors

**ALTAIR OH XIII, LLC**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**Bon Secours**
Richmond Health System
P.O. Box 28538
Richmond, VA 23228-0000

**Cap One Na**
P.O. Box 30281
Salt Lake City, UT 84130-0000

**Capital One NA**

c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Capital One, N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Citifinancial**
300 Saint Paul Pl
Baltimore, MD 21202-0000

**CitiFinancial, Inc.**
D/B/A CitiFinancial, Inc. (WV)
P. O. Box 6043
Sioux Falls, SD 57117-6043

**CitiFinancial, Inc. D/B/A CitiFinancial, Inc. (WV)**
P. O. Box 70919
Charlotte, NC 28272-0919

**Comenity Bank/Dress Barn**
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-0000

**Comenity Bank/Pier 1**
4590 E Broad St
Columbus, OH 43213-0000

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193-0000

**DELBERT SERVICES CORPORATION**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Delbert Services/consu**
P.O. Box 4730
Anaheim, CA 92803

**Department Stores National Bank/Macy's**
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

**Ford Motor Credit Corporation**
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121-0000

**Hanover County Treasurer**
7497 County Complex Rd.
P.O. Box 470
Hanover, VA 23069-0000

**Hanover County, Virginia**
County Attorney's Office
PO Box 470
Hanover, VA 23069

**Henrico Fcu**
8611 Dixon Powers
Richmond, VA 23228-0000

**Henrico Federal Credit Union**
9401 West Broad Street
Richmond, VA 23294

**IRS**
P.O. Box 7346
Philadelphia, PA 19101-0000

**Irwin Heller, Esquire**
2201 Libbie Ave. Ste 200
Richmond, VA 23230-0000

**John Lee Jackson**
16325 Westheimer Rd.
Houston, TX 77082-0000

**Kohls/CapOne**
P.O. Box 3115
Milwaukee, WI 53201-0000

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Marine One Acceptance Co.**
5000 Qorum Dr Suite 200
Dallas, TX 75254-0000

**Marine One Acceptance Corp.**
c/o Erin E. Kessel, Esq.
Spotts Fain PC
411 E. Franklin St., Ste. 600
Richmond, VA 23219

**North American Fishing Club**
P.O. Box 3526

Hopkins, MN 55343-0000

**Onemain Financial**
6801 Colwell Blvd
Irving, TX 75039-0000

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Springleaf Financial**
Attn: Bankruptcy Dept.
P.O. Box 3251
Evansville, IN 47731-0000

**TD BANK USA, N.A.**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Td Bank Usa/TargetCred**
P.O. Box 673
Minneapolis, MN 55440-0000

**The Bradford Exchange**
9333 N. Milwaukee Ave.
Niles, IL 60714-0000

**Tractor Supply/Cbsd**
P.O. Box 6500
Sioux Falls, SD 57117-0000

**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219

**Victoria's Secret**
Attention: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-0000

**Virginia Department of Taxation**
PO Box 2156
Richmond, VA 23218

**Webbank/Fingerhut**
6250 Ridgewood Road
Saint Cloud, MN 56303-0000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 14-30344-KLP |
| Damon Grant ) | Chapter 13 |
| ) | |
| Debtor ) | |

**Amended MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Damon Grant the Debtor herein and moves the Court to allow the substitution of Richard James Oulton, Esquire and in support thereof states as follows:

1. Damon & Cynthia Grant filed a joint petition for relief under Chapter 13 of the Bankruptcy Codes on 1/24/2014 and were assigned case number 14-30344.

2. The current bankruptcy case was filed with Roger C. Hurwitz of Woehrle Franklin Dahlberg Jones PLLC.

3. Cynthia Grant has filed on November 26, 2014 a separate motion to the Court to allow a substitution of counsel so that Jacqueline W. Sharman, Esquire will represent her for the remainder of the case.

4. Debtor has signed consent authorizing Richard James Oulton to substitute as attorney.

WHEREFORE, the Debtor moves the Court to allow the substitution of Richard J. Oulton, Esquire, as counsel for the Debtor in place of Roger C. Hurwitz, as per the request of the Debtor.

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN TEN (10) DAYS OF THE SERVICE OF THIS MOTION TO SUBSTITUTE COUNSEL, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND ISSUE AN ORDER SUSTAINING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

                Respectfully submitted,
                Damon Grant


        By:  /s/ Richard James Oulton, Esquire
                Richard James Oulton, Counsel

I ask for this:
/s/ Damon Grant
Damon Grant


Richard James Oulton, Esquire
VSB # 29640
America Law Group, Inc.
8501 Mayland Dr. Ste 106
Henrico, VA 23294
Ph: 804-308-0051

CERTIFICATE OF SERVICE

    I certify that a true and exact copy of the foregoing Motion was mailed by electronic means or by first class USPS mail, postage prepaid to Robert Hyman, Chapter 13 Trustee, Roger C. Hurwitz of Woehrle Franklin Dahlberg Jones PLLC, and all necessary parties, listed below, on Dec. 10, 2014.

# Creditors

**ALTAIR OH XIII, LLC**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**Bon Secours**
Richmond Health System
P.O. Box 28538
Richmond, VA 23228-0000

**Cap One Na**
P.O. Box 30281
Salt Lake City, UT 84130-0000

**Capital One NA**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Capital One, N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Citifinancial**
300 Saint Paul Pl
Baltimore, MD 21202-0000

**CitiFinancial, Inc.**
D/B/A CitiFinancial, Inc. (WV)
P. O. Box 6043
Sioux Falls, SD 57117-6043

**CitiFinancial, Inc. D/B/A CitiFinancial, Inc. (WV)**
P. O. Box 70919
Charlotte, NC 28272-0919

**Comenity Bank/Dress Barn**
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-0000

**Comenity Bank/Pier 1**
4590 E Broad St
Columbus, OH 43213-0000

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193-0000

**DELBERT SERVICES CORPORATION**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Delbert Services/consu**
P.O. Box 4730
Anaheim, CA 92803

**Department Stores National Bank/Macy's**
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

**Ford Motor Credit Corporation**
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121-0000

**Hanover County Treasurer**
7497 County Complex Rd.
P.O. Box 470

Hanover, VA 23069-0000

**Hanover County, Virginia**
County Attorney's Office
PO Box 470
Hanover, VA 23069

**Henrico Fcu**
8611 Dixon Powers
Richmond, VA 23228-0000

**Henrico Federal Credit Union**
9401 West Broad Street
Richmond, VA 23294

**IRS**
P.O. Box 7346
Philadelphia, PA 19101-0000

**Irwin Heller, Esquire**
2201 Libbie Ave. Ste 200
Richmond, VA 23230-0000

**John Lee Jackson**
16325 Westheimer Rd.
Houston, TX 77082-0000

**Kohls/CapOne**
P.O. Box 3115
Milwaukee, WI 53201-0000

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Marine One Acceptance Co.**
5000 Qorum Dr Suite 200
Dallas, TX 75254-0000

**Marine One Acceptance Corp.**
c/o Erin E. Kessel, Esq.
Spotts Fain PC
411 E. Franklin St., Ste. 600
Richmond, VA 23219

**North American Fishing Club**
P.O. Box 3526
Hopkins, MN 55343-0000

**Onemain Financial**
6801 Colwell Blvd

Irving, TX 75039-0000

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Springleaf Financial**
Attn: Bankruptcy Dept.
P.O. Box 3251
Evansville, IN 47731-0000

**TD BANK USA, N.A.**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Td Bank Usa/TargetCred**
P.O. Box 673
Minneapolis, MN 55440-0000

**The Bradford Exchange**
9333 N. Milwaukee Ave.
Niles, IL 60714-0000

**Tractor Supply/Cbsd**
P.O. Box 6500
Sioux Falls, SD 57117-0000

**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219

**Victoria's Secret**
Attention: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-0000

**Virginia Department of Taxation**
PO Box 2156
Richmond, VA 23218

**Webbank/Fingerhut**
6250 Ridgewood Road
Saint Cloud, MN 56303-0000

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In Re:                            )
    Damon Grant              )    Case No.: 14-30344-KLP
                                  )
    Debtor                   )    Chapter 13
                                  )

## PROPOSED ORDER AUTHORIZING
## SUBSTITUTION OF COUNSEL

Came this day the debtor, by counsel, and upon Debtor's Motion to Substitute Counsel, and the Court having considered the motion I detail, and finding it in order and proper to approve the same, it is hereby

ORDERED that ATTORNEY be allowed and is hereby granted relief to withdraw and is withdrawn as counsel for the debtor and that Richard James Oulton is hereby substituted as counsel for Debtor in this action.

Entered _____.

_____.
United States Bankruptcy Judge

We ask for this:

Entered on docket: _____.

/s/ Richard James Oulton
Richard James Oulton, VSB 29640
America Law Group, Inc.
Debt Law Group
8501 Mayland Dr., Ste 106
Henrico, VA 23294
Ph: 804-308-0051
Proposed Counsel for Debtor

Seen and agreed:

_____
Roger C. Hurwitz
Woehrle Franklin Dahlberg Jones PLLC

## CERTIFICATE OF SERVICE

      Pursuant to Local Rules of this Court, I hereby certify that this proposed Order was either endorsed by or a true copy was served on all necessary parties via fist-class mail, postage prepaid on this the 10th day of December, 2014, including those parties listed on the attached Service List.

                                                          /s/ Richard J. Oulton
                                                        Richard J. Oulton

# Creditors

**ALTAIR OH XIII, LLC**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**Bon Secours**
Richmond Health System
P.O. Box 28538
Richmond, VA 23228-0000

**Cap One Na**
P.O. Box 30281
Salt Lake City, UT 84130-0000

**Capital One NA**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Capital One, N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Citifinancial**
300 Saint Paul Pl
Baltimore, MD 21202-0000

**CitiFinancial, Inc.**
D/B/A CitiFinancial, Inc. (WV)
P. O. Box 6043
Sioux Falls, SD 57117-6043

**CitiFinancial, Inc. D/B/A CitiFinancial, Inc. (WV)**
P. O. Box 70919
Charlotte, NC 28272-0919

**Comenity Bank/Dress Barn**
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-0000

**Comenity Bank/Pier 1**
4590 E Broad St
Columbus, OH 43213-0000

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193-0000

**DELBERT SERVICES CORPORATION**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Delbert Services/consu**
P.O. Box 4730
Anaheim, CA 92803

**Department Stores National Bank/Macy's**
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

**Ford Motor Credit Corporation**
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121-0000

**Hanover County Treasurer**
7497 County Complex Rd.
P.O. Box 470
Hanover, VA 23069-0000

**Hanover County, Virginia**
County Attorney's Office
PO Box 470
Hanover, VA 23069

**Henrico Fcu**
8611 Dixon Powers
Richmond, VA 23228-0000

**Henrico Federal Credit Union**
9401 West Broad Street
Richmond, VA 23294

**IRS**
P.O. Box 7346
Philadelphia, PA 19101-0000

**Irwin Heller, Esquire**
2201 Libbie Ave. Ste 200
Richmond, VA 23230-0000

**John Lee Jackson**
16325 Westheimer Rd.
Houston, TX 77082-0000

**Kohls/CapOne**
P.O. Box 3115
Milwaukee, WI 53201-0000

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Marine One Acceptance Co.**
5000 Qorum Dr Suite 200
Dallas, TX 75254-0000

**Marine One Acceptance Corp.**
c/o Erin E. Kessel, Esq.
Spotts Fain PC
411 E. Franklin St., Ste. 600
Richmond, VA 23219

**North American Fishing Club**
P.O. Box 3526
Hopkins, MN 55343-0000

**Onemain Financial**
6801 Colwell Blvd
Irving, TX 75039-0000

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Springleaf Financial**
Attn: Bankruptcy Dept.
P.O. Box 3251
Evansville, IN 47731-0000

**TD BANK USA, N.A.**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Td Bank Usa/TargetCred**
P.O. Box 673
Minneapolis, MN 55440-0000

**The Bradford Exchange**
9333 N. Milwaukee Ave.
Niles, IL 60714-0000

**Tractor Supply/Cbsd**
P.O. Box 6500
Sioux Falls, SD 57117-0000

**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219

**Victoria's Secret**
Attention: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-0000

**Virginia Department of Taxation**
PO Box 2156
Richmond, VA 23218

**Webbank/Fingerhut**
6250 Ridgewood Road
Saint Cloud, MN 56303-0000