UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:                                    )
    Damon Grant                       )         Case No.: 14-30344-KLP
                                          )
    Debtor                            )         Chapter 13
                                          )

ORDER AUTHORIZING
SUBSTITUTION OF COUNSEL

Came this day the debtor, by counsel, and upon Debtor's Motion to Substitute Counsel, and the Court having considered the motion I detail, and finding it in order and proper to approve the same, it is hereby

ORDERED that ATTORNEY be allowed and is hereby granted relief to withdraw and is withdrawn as counsel for the debtor and that Richard James Oulton is hereby substituted as counsel for Debtor in this action.

Entered Dec 19 2014.

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on docket: December 22, 2014.

We ask for this:

/s/ Richard James Oulton
Richard James Oulton, VSB 29640
America Law Group, Inc.
Debt Law Group
8501 Mayland Dr., Ste 106
Henrico, VA 23294
Ph: 804-308-0051
Proposed Counsel for Debtor

Seen and agreed:

_____
Roger C. Hurwitz
Woehrle Franklin Dahlberg Jones PLLC

## CERTIFICATE OF SERVICE

     Pursuant to Local Rules of this Court, I hereby certify that this proposed Order was either endorsed by or a true copy was served on all necessary parties via fist-class mail, postage prepaid on this the 10th day of December, 2014, including those parties listed on the attached Service List.

                                      /s/ Richard J. Oulton
                                      Richard J. Oulton

# Creditors

**ALTAIR OH XIII, LLC**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**Bon Secours**
Richmond Health System
P.O. Box 28538
Richmond, VA 23228-0000

**Cap One Na**
P.O. Box 30281
Salt Lake City, UT 84130-0000

**Capital One NA**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Capital One, N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Citifinancial**
300 Saint Paul Pl
Baltimore, MD 21202-0000

**CitiFinancial, Inc.**
D/B/A CitiFinancial, Inc. (WV)
P. O. Box 6043
Sioux Falls, SD 57117-6043

**CitiFinancial, Inc. D/B/A CitiFinancial, Inc. (WV)**
P. O. Box 70919
Charlotte, NC 28272-0919

**Comenity Bank/Dress Barn**
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-0000

**Comenity Bank/Pier 1**

4590 E Broad St
Columbus, OH 43213-0000

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193-0000

**DELBERT SERVICES CORPORATION**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Delbert Services/consu**
P.O. Box 4730
Anaheim, CA 92803

**Department Stores National Bank/Macy's**
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

**Ford Motor Credit Corporation**
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121-0000

**Hanover County Treasurer**
7497 County Complex Rd.
P.O. Box 470
Hanover, VA 23069-0000

**Hanover County, Virginia**
County Attorney's Office
PO Box 470
Hanover, VA 23069

**Henrico Fcu**

8611 Dixon Powers
Richmond, VA 23228-0000
**Henrico Federal Credit Union**
9401 West Broad Street
Richmond, VA 23294
**IRS**
P.O. Box 7346
Philadelphia, PA 19101-0000
**Irwin Heller, Esquire**
2201 Libbie Ave. Ste 200
Richmond, VA 23230-0000
**John Lee Jackson**
16325 Westheimer Rd.
Houston, TX 77082-0000
**Kohls/CapOne**
P.O. Box 3115
Milwaukee, WI 53201-0000
**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
**Marine One Acceptance Co.**
5000 Qorum Dr Suite 200
Dallas, TX 75254-0000
**Marine One Acceptance Corp.**
c/o Erin E. Kessel, Esq.
Spotts Fain PC
411 E. Franklin St., Ste. 600
Richmond, VA 23219
**North American Fishing Club**
P.O. Box 3526
Hopkins, MN 55343-0000
**Onemain Financial**
6801 Colwell Blvd
Irving, TX 75039-0000

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788
**Springleaf Financial**
Attn: Bankruptcy Dept.
P.O. Box 3251
Evansville, IN 47731-0000
**TD BANK USA, N.A.**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121
**Td Bank Usa/TargetCred**
P.O. Box 673
Minneapolis, MN 55440-0000
**The Bradford Exchange**
9333 N. Milwaukee Ave.
Niles, IL 60714-0000
**Tractor Supply/Cbsd**
P.O. Box 6500
Sioux Falls, SD 57117-0000
**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219
**Victoria's Secret**
Attention: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-0000
**Virginia Department of Taxation**
PO Box 2156
Richmond, VA 23218
**Webbank/Fingerhut**
6250 Ridgewood Road
Saint Cloud, MN 56303-0000