UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                        )
                                              )         CASE NO.  14-30344-KLP
Damon Keith Grant                             )         CHAPTER 13


APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of $400.00

1. The filing of a post-confirmation modified plan on **2/23/2015** pursuant to the **trustee's motion to dismiss** on **1/15/2015.**

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.                                      Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
Fax: (804) 518-5121

Certificate of Service

I certify that I on **7/15/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.                /s/ Richard J. Oulton
                                                                                                Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                        )
                                              )     CASE NO.  14-30344-KLP
Damon Keith Grant                                   CHAPTER 13


Debtor(s)
6335 Elko Road
Sandston, VA 23150
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)5083_____

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$400.00** for services rendered.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **_07/30/2015_(14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
    Address of attorney for the Debtor(s):    Richard J. Oulton
    America Law Group, Inc.
    8501 Mayland Drive, #106
    Henrico, VA 23294
    Tel:  (804) 308-0051
    Fax: (804) 518-5121

    Address of Chapter 13 Trustee:

    Suzanne E. Wade
    P.O. Box 1780
    Richmond, VA 23218-1780

**7/15/2015**    /s/ Richard J. Oulton
    Richard J. Oulton (VSB#29640)
    Attorney for Debtor
    America Law Group, Inc.
    8501 Mayland Drive, #106
    Henrico, VA 23294
    Tel:  (804) 308-0051
    Fax: (804) 518-5121

## PROOF OF SERVICE

    I certify that I on **7/15/2015**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

    /s/ Richard J. Oulton

**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

Damon Keith Grant
Debtor(s)
6335 Elko Road
Sandston, VA 23150

# Creditors

**ALTAIR OH XIII, LLC**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**Bon Secours**
Richmond Health System
P.O. Box 28538
Richmond, VA 23228-0000

**Cap One Na**
P.O. Box 30281
Salt Lake City, UT 84130-0000

**Capital One NA**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Capital One, N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Citifinancial**
300 Saint Paul Pl
Baltimore, MD 21202-0000

**CitiFinancial, Inc.**
D/B/A CitiFinancial, Inc. (WV)
P. O. Box 6043
Sioux Falls, SD 57117-6043

**CitiFinancial, Inc. D/B/A CitiFinancial, Inc. (WV)**
P. O. Box 70919
Charlotte, NC 28272-0919

**Comenity Bank/Dress Barn**
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-0000

**Comenity Bank/Pier 1**
4590 E Broad St
Columbus, OH 43213-0000

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193-0000

**DELBERT SERVICES CORPORATION**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Delbert Services/consu**
P.O. Box 4730
Anaheim, CA 92803

**Department Stores National Bank/Macy's**
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

**Ford Motor Credit Corporation**
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121-0000

**Hanover County Treasurer**
7497 County Complex Rd.
P.O. Box 470
Hanover, VA 23069-0000

**Hanover County, Virginia**
County Attorney's Office
PO Box 470
Hanover, VA 23069

**Henrico Fcu**
8611 Dixon Powers
Richmond, VA 23228-0000

**Henrico Federal Credit Union**
9401 West Broad Street
Richmond, VA 23294

**IRS**
P.O. Box 7346
Philadelphia, PA 19101-0000

**Irwin Heller, Esquire**
2201 Libbie Ave. Ste 200
Richmond, VA 23230-0000

**John Lee Jackson**
16325 Westheimer Rd.
Houston, TX 77082-0000

**Kohls/CapOne**
P.O. Box 3115
Milwaukee, WI 53201-0000

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Marine One Acceptance Co.**
5000 Qorum Dr Suite 200
Dallas, TX 75254-0000

**Marine One Acceptance Corp.**
c/o Erin E. Kessel, Esq.
Spotts Fain PC
411 E. Franklin St., Ste. 600
Richmond, VA 23219

**North American Fishing Club**
P.O. Box 3526
Hopkins, MN 55343-0000

**Onemain Financial**
6801 Colwell Blvd
Irving, TX 75039-0000

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Springleaf Financial**
Attn: Bankruptcy Dept.
P.O. Box 3251
Evansville, IN 47731-0000

**TD BANK USA, N.A.**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Td Bank Usa/TargetCred**
P.O. Box 673
Minneapolis, MN 55440-0000

**The Bradford Exchange**
9333 N. Milwaukee Ave.
Niles, IL 60714-0000

**Tractor Supply/Cbsd**
P.O. Box 6500
Sioux Falls, SD 57117-0000

**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219

**Victoria's Secret**
Attention: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-0000

**Virginia Department of Taxation**
PO Box 2156
Richmond, VA 23218

**Webbank/Fingerhut**
6250 Ridgewood Road
Saint Cloud, MN 56303-0000